UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2008 SEP 24  PM 2: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-

CRAIG RICHARD AMBROSE

Case Number: 2:03-cr-5-FtM-29DNF

USM Number: 17781-058

Martin DerOvanesian, AFPD
1514 Broadway
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number One of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Admission of drug use (cocaine), in violation of Condition Seven of the Standard Conditions of Supervision | July 31, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/22/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

September 24, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

CRAIG RICHARD AMBROSE  
2:03-cr-5-FtM-29DNF
Page 2 of 2

## SUPERVISED RELEASE

    Defendant remains on supervised released with all previously imposed conditions plus modification of the monthly amount of restitution to be paid. The defendant is to pay a minimum of $50.00 monthly.

AO 245B (Rev. 6/05) Judgment in a Criminal Case